ALAN R. BRAYTON, ESQ., S.B. #73685
RICHARD M. GRANT, ESQ., S.B. #55677
BRAYTON❖PURCELL LLP
ATTORNEYS AT LAW
222 Rush Landing Road
P.O. Box 6169
Novato, California 94948-6169
(415) 898-1555

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARVIN REECE and JUDITH REECE,<br><br>Plaintiffs,<br><br>vs.<br><br>ASBESTOS DEFENDANTS (BP), et al.,<br><br>Defendants. | No. C09-01074 ~~BZ~~ WHA<br><br>STIPULATION TO DISMISS DEFENDANT CROWN CORK & SEAL AND REMAND CASE TO SAN FRANCISCO SUPERIOR COURT |

Come now Plaintiffs ARVIN REECE and JUDITH REECE ("Plaintiffs") and Defendant CROWN CORK AND SEAL COMPANY INC. ("CC&S"), who file the following stipulation pursuant to Local Rules 7-1 and 7-12:

WHEREAS, defendant CC&S removed this case to the United State District Court for the Northern District of California on March 6, 2009, on the ground that the court has "federal officer" subject matter jurisdiction under 28 United States Code § 1442(a) based on Plaintiffs' allegations that his injury was caused by products designed and manufactured by CC&S under the supervision and control of the United States government;

WHEREAS, Defendant CC&S was the sole removing defendant and no other defendant joined in removal or filed a separate notice of removal;

WHEREAS, Plaintiffs and Defendant CC&S, the affected parties, have now reached a resolution of Plaintiffs' claims again CC&S;

1     WHEREAS, Defendant CC&S's desire for a federal forum for this action is now moot and given the resolution of Plaintiffs' claims against it; and

3     WHEREAS, pursuant to the parties' resolution, Plaintiffs and Defendant CC&S seek to have this action remanded to state court, IT IS HEREBY STIPULATED by the affected parties, Plaintiffs and Defendant CC&S, that all claims against Defendant CC&S shall be, and hereby are, dismissed with prejudice pursuant to Rule 41 of the Federal Rules of Civil Procedure and that this action shall be, and hereby is, immediately remanded to the San Francisco County Superior Court, the court in which it was originally filed and from which it was removed.

Dated: March __16__, 2009          BRAYTON ✜ PURCELL LLP

By: _____
Richard M. Grant
Attorneys for Plaintiffs ARVIN REECE, et al.

Dated: March __16__, 2009          ARMSTRONG & ASSOCIATES, LLP

By: _____
Attorneys for Defendant CROWN CORK & SEAL

**PURSUANT TO STIPULATION, IT IS SO ORDERED.** Case is REMANDED to the Superior Court of California, County of San Francisco, Case No 274951. The Clerk shall send a certified copy of this Order to the Clerk of the Court for the Superior Court of California, County of San Francisco.

Dated:   March 20,  , 2009    By: _____
UNITED STATES DISTRICT COURT

K:\Injured\110586\Fed-STIP-DISMISS CC&S.wpd         2
STIPULATION TO DISMISS DEFENDANT CROWN CORK & SEAL AND REMAND CASE TO SAN FRANCISCO SUPERIOR COURT; C09-01074 BZ

PROOF OF SERVICE

I am employed in the County of Marin, State of California. I am over the age of 18 years and am not a party to the within action. My business address is 222 Rush Landing Road, Novato, California 94948-6169.

On March 19, 2009, I served the attached:

**STIPULATION TO DISMISS DEFENDANT CROWN CORK AND SEAL AND REMAND CASE TO SAN FRANCISCO SUPERIOR COURT**

on the interested parties in this action by transmitting a true copy thereof in a sealed envelope, and each envelope addressed as follows:

**TO ALL PARTIES ON THE ATTACHED SERVICE LIST**

   __XXX__    BY OFFICE MAILING: I am readily familiar with this office's practice of collection and processing correspondence, pleadings and other matters for mailing with the United States Postal Service on that same day with postage thereon fully prepaid at Novato, California in the ordinary course of business. I placed in the outgoing office mail, the above-described document(s), in a sealed envelope, addressed to the party(ies) as stated above, for collection and processing for mailing the same day in accordance with ordinary office practices.

Executed this **March 19, 2009** at Novato, California.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

_____
JANE A. EHNI

Arvin Reece v. Asbestos Def.
U.S.D.C. No. C09-01074 WHA

Case 3:09-cv-01074-WHA Document 10 Filed 03/20/09 Page 4 of 5

Brayton-Purcell Service List

Date Created: 3/18/2009-5:26:38 PM
Created by: LitSupport - ServiceList - Reporting
Matter Number: 110586.001 - Arvin Reece

Run By : Ehni, Jane (JAE)

1

**Armstrong & Associates, LLP**
One Kaiser Plaza, Suite 625
Oakland, CA 94612
510-433-1830   510-433-1836 (fax)
**Defendants:**
  Crown Cork & Seal Company, Inc. (CC&S)

**Bassi, Martini, Edlin & Blum**
351 California Street, Suite 200
San Francisco, CA 94104
415-397-9006   415-397-1339 (fax)
**Defendants:**
  J.T. Thorpe & Son, Inc. (THORPE)
  Parker-Hannifin Corporation (PARKHF)

**Berry & Berry**
P.O. Box 16070
2930 Lakeshore Avenue
Oakland, CA 94610
510-835-8330   510-835-5117 (fax)
**Defendants:**
  Berry & Berry (B&B)

**Brydon Hugo & Parker**
135 Main Street, 20th Floor
San Francisco, CA 94105
415-808-0300   415-808-0333 (fax)
**Defendants:**
  Dana Companies, LLC (fka Dana Corporation) (DANA)
  Toyota Motor Sales U.S.A., Inc. (TOYOTA)
  Union Carbide Corporation (UNIONC)

**Burnham & Brown**
1901 Harrison Street
11th Floor
Oakland, CA 94612
510-444-6800   510-835-6666 (fax)
**Defendants:**
  Borg-Warner Corporation by its Successor in Interest, BorgWarner Morse TEC Inc. (BWMORS)

**Crosby & Rowell, LLP**
299 Third Street, 2nd Floor
Oakland, CA 94607
510-267-0300   510-839-6610 (fax)
**Defendants:**
  Goulds Pumps, Inc. (GOULDP)

**Filice, Brown, Eassa & McLeod LLP**
1999 Harrison Street, 18th Floor
Oakland, CA 94612-0850
510-444-3131   510-839-7940 (fax)
**Defendants:**
  Ford Motor Company (FORD)
  General Motors Corporation (GM)

**Foley & Mansfield PLLP**
1111 Broadway, 10th Floor
Oakland, CA 94607
510-590-9500   510-590-9595 (fax)
**Defendants:**
  William Powell Company, The (WILPOW)

**Gordon & Rees LLP**
101 West Broadway
Suite 2000
San Diego, CA 92101
619-696-6700   619-696-7124 (fax)
**Defendants:**
  Hennessy Industries, Inc. (HENNES)

**Gordon & Rees LLP**
Embarcadero Center West
275 Battery Street, 20th Floor
San Francisco, CA 94111
415-986-5900   415-986-8054 (fax)
**Defendants:**
  Gardena Holdings, Inc. (GARHOL)
  Goodyear Tire & Rubber Company, The (GOODYR)
  Ingersoll-Rand Company (INGRSL)

**Jackson & Wallace**
55 Francisco Street
Sixth Floor
San Francisco, CA 94133
415-982-6300   415-982-6700 (fax)
**Defendants:**
  Buffalo Pumps, Inc. (BUFPUM)
  General Dynamics Corporation (GENDYN)

**K & L Gates LLP**
Four Embarcadero Center
Suite 1200
San Francisco, CA 94111
415-882-8200   415-882-8220 (fax)
**Defendants:**
  Crane Co. (CRANCO)

**Knox Ricksen LLP**
1300 Clay Street, Suite 500
Oakland, CA 94612-1427
510-285-2500   510-285-2505 (fax)
**Defendants:**
  Allis-Chalmers Corporation Product Liability Trust (ALLIS)

**Law Offices of Glaspy & Glaspy**
One Walnut Creek Center
100 Pringle Avenue, Suite 750
Walnut Creek, CA 94596
925-947-1300   925-947-1594 (fax)
**Defendants:**
  Coltec Industries, Inc. (COLTEC)
  Garlock Sealing Technologies, LLC (GARLCK)

**Lewis Brisbois Bisgaard & Smith LLP**
One Sansome Street
Suite 1400
San Francisco, CA 94104
415-362-2580   415-434-0882 (fax)
**Defendants:**
  Hanson Permanente Cement, Inc. formerly known as Kaiser Cement Corporation (KAISCE)
  Kaiser Gypsum Company, Inc. (KAISGY)
  Plant Insulation Company (PLANT)

**Low, Ball & Lynch**
505 Montgomery Street, 7th Floor
San Francisco, CA 94111-2584
415-981-6630   415-982-1634 (fax)
**Defendants:**
  Moore Securities Company (MOOSEC)

**Mason Thomas**
2840 Fifth Street
Davis, CA 95618-7759
530-757-0883   530-757-0895 (fax)
**Defendants:**
  AGCO Corporation (AGCO)

**McKenna Long & Aldridge**
101 California Street
41st Floor
San Francisco, CA 94111
415-267-4000   415-267-4198 (fax)
**Defendants:**
  Plant Insulation Company (PLANT)

Brayton-Purcell Service List
Case 3:09-cv-01074-WHA   Document 10   Filed 03/20/09   Page 5 of 5
2
Date Created: 3/18/2009-5:26:38 PM
Created by: LitSupport - ServiceList - Reporting
Matter Number: 110586.001 - Arvin Reece
Run By : Ehni, Jane (JAE)

**Mendes & Mount**
445 S. Figueroa Street
38th Floor
Los Angeles, CA 90071
213-955-7700   213-955-7725 (fax)
**Defendants:**
  Gardena Holdings, Inc. (GARHOL)

**Nixon Peabody LLP**
One Embarcadero
18th Floor
San Francisco, CA 94111
415-984-8200   866-542-6538 (fax)
**Defendants:**
  Chrysler LLC (CHRYS)

**Oium Reyen & Pryor**
Attorneys at Law
220 Montgomery Street, Suite 910
San Francisco, CA 94104
415-392-8300   415-421-1254 (fax)
**Defendants:**
  CNH America LLC (CNHAME)

**Perkins Coie LLP**
Four Embarcadero Center, Suite 2400
San Francisco, CA 94111
415-344-7000   415-344-7288 (fax)
**Defendants:**
  Georgia-Pacific Corporation (GP)
  Honeywell International, Inc. (HONEYW)

**Pond North, LLP**
350 South Grand Avenue, Suite 2850
Los Angeles, CA 90071
213-617-6170   213-623-3594 (fax)
**Defendants:**
  Genuine Parts Company (GPC) (GPC)
  Viacom, Inc. (VIACOM)

**Poole & Shaffery, LLP**
445 South Figueroa Street
Suite 2520
Los Angeles, CA 90071
213-439-5390   213-439-0183 (fax)
**Defendants:**
  Gardner Denver, Inc. (GRDDEN)

**Prindle, Decker & Amaro**
369 Pine St., Suite 800
San Francisco, CA 94104
415-788-8354   415-788-3625 (fax)
**Defendants:**
  Syd Carpenter Marine Contractor, Inc. (SYD)

**Schiff Hardin LLP**
One Market Plaza
Spear Street Tower, 32nd Floor
San Francisco, CA 94105
415-901-8700   415-901-8701 (fax)
**Defendants:**
  Owens-Illinois, Inc. (OI)

**Selman Breitman LLP**
33 New Montgomery
6th floor
San Francisco, CA 94105
415-979-0400   415-979-2099 (fax)
**Defendants:**
  Aurora Pump (AURORA)

**Sinunu Bruni LLP**
333 Pine Street, Suite 400
San Francisco, CA 94104
415-362-9700   415-362-9707 (fax)
**Defendants:**
  Conwed Corporation (CONWED)

**Steptoe & Johnson LLP**
Kevin C. Mayer, Esq.
633 West Fifth St., 7th Floor
Los Angeles, CA 90071
213-439-9400   213-439-9599 (fax)
**Defendants:**
  Metropolitan Life Insurance Company (MET)

**Stevens, Drummond & Gifford**
1910 Olympic Boulevard
Suite 250
Walnut Creek, CA 94596
925-944-5550   925-256-9669 (fax)
**Defendants:**
  Kelly-Moore Paint Company, Inc. (KELLY)

**Walsworth, Franklin, Bevins & McCall**
601 Montgomery Street, 9th Floor
San Francisco, CA 94111
415-781-7072   415-391-6258 (fax)
**Defendants:**
  Bondex International, Inc. (BONDEX)
  Cleaver-Brooks, Inc. (CLEAVR)
  Dowman Products, Inc. (DOWMAN)
  Hamilton Materials, Inc. (HAM-M)
  Quintec Industries, Inc. (QUINTC)
  Rpm, Inc. (RPMINC)
  Thomas Dee Engineering Co., Inc. (DEE)

**Wilson, Elser, Moskowitz, Edelman & Dicker LLP**
525 Market Street, 17th Floor
San Francisco, CA 94105-2725
415-433-0990   415-434-1370 (fax)
**Defendants:**
  Asbestos Corporation Limited (ASBLTD)